No. 92–8390. HARVEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8393. GARCIA-CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8396. HERTZ v. HERTZ. Sup. Ct. Alaska. Certiorari denied.

No. 92–8409. ALLEN v. JOSEPHINE COUNTY WORK RELEASE CENTER ET AL. Ct. App. Ore. Certiorari denied.

No. 92–8419. HANSEL v. UNION STATE BANK ET AL. Ct. App. Wis. Certiorari denied.

No. 92–8426. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8430. CONNOR v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 92–8432. ALLMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8433. OLIVER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8434. VIERECKL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8435. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8438. MASHA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8453. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8456. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8457. LESLIE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.